IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR119-047 |
| | ) | |
| ARMAND SANANDA SAEDI | ) | |

### O R D E R

The defendant, Armand Sananda Saedi, was sentenced by this court on September 15, 2020 and is now in the custody of the Bureau of Prisons. Surety, Armand Sananda Saedi, has requested the return of the $1500.00 cash security posted on the defendant's $15,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $1500.00 posted by surety for the defendant, plus all accrued interest thereon, be returned to Armand Sananda Saedi at 515 Ansley Drive, Roswell, Georgia 30076.

This 2nd day of February, 2022 at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA