GAS 245D    (Rev. 1/24) Judgment in a Criminal Case for Revocations

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

JUL 18 2024

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Armand Sananda Saedi | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number: 1:19CR00047-4<br>USM Number: 23076-021<br><br>James Pete Theodocion<br>*Defendant's Attorney* |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory conditions of the term of supervision.

☐ was found in violation of _____ condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | March 29, 2023 |

See page 2 for additional violations

The defendant is sentenced as provided in pages <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the condition(s), _____, and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

July 16, 2024
Date of Imposition of Judgment

Last Four Digits of Defendant's Soc. Sec. No: 9626

Defendant's Year of Birth: 1991

City and State of Defendant's Residence:

Atlanta, Georgia

*Signature of Judge*

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
Name and Title of Judge

7/18/2024
Date

DEFENDANT: Armand Sananda Saedi
CASE NUMBER: 1:19CR00047-4

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | April 17, 2023 |
| 3 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | April 21, 2023 |
| 4 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | May 26, 2023 |
| 5 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | July 25, 2023 |
| 6 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | September 2, 2023 |

DEFENDANT: Armand Sananda Saedi
CASE NUMBER: 1:19CR00047-4

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>11 months custody, with no supervision to follow.</u>

☒ The Court makes the following recommendations to the Bureau of Prisons: It is recommended that the defendant be designated to the appropriate Bureau of Prisons facility in Marianna, Florida, subject to capacity or any other regulation affecting such a designation.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL